# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:08-CR-0094** |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **THUY P. DANG** | : | |

## **ORDER**

AND NOW, this 5th day of June, 2008, upon consideration of the plea agreement (Doc. 26) executed by defendant on the date of this order, it is hereby ORDERED that defendant's motion to suppress evidence (Doc. 16) is DEEMED withdrawn.

        S/ Christopher C. Conner
        CHRISTOPHER C. CONNER
        United States District Judge